In the Matter of the Will of GUSTAVE SELNER, Deceased.

CHARLES S. SELNER et al., as Executors and Trustees under the Will of GUSTAVE SELNER, Deceased, Appellants; JOHN C. SELNER, as Administrator of the Estate of HENRY SELNER, Deceased, et al., Respondents.

Argued November 18, 1941; decided December 10, 1941.

*Homer I. Harris* for appellants.

*Frederick A. Keck,* special guardian for Milton Cohen, an incompetent person.

*Denis M. Hurley, Pierre J. Sherry* and *Peter B. Hanson* for John C. Selner, as administrator, respondent.

Order affirmed, with costs to all parties appearing and filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.